Argued and submitted November 13, 1996, affirmed March 19, petition for review denied June 17, 1997 (325 Or 438)

In the Matter of the Estate of
Chester Fuston, Deceased.

Nellie KING
and Jack Paulsen, substituted for
Laura Paulsen, deceased,
*Appellants,*

*v.*

Mark FUSTON,
*Respondent.*

(PR 90-129A; CA A79788)

936 P2d 365

Harold A. Fabre argued the cause and filed the briefs for appellants.

Brant M. Medonich argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Landau and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

In this will contest, the issues are whether the decedent had testamentary capacity when he executed a will that left his entire estate to proponent and whether the will was the result of undue influence. The trial court upheld the will. We review *de novo*. ORS 19.125(3).

The legal principles involved are well established and do not require discussion. We have carefully reviewed the testimony and the exhibits, giving weight where appropriate to the trial court's opportunity to evaluate the witnesses' testimony at first hand. We conclude that the decedent had testamentary capacity and that, even if there was an attempt to exercise undue influence over him, that attempt had nothing to do with his decision to leave his estate to proponent. The will was solely the product of decedent's desires, not of anyone else's efforts.

Affirmed.